UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 JUL 13 PM 3: 43

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>BRENDA RODRIGUEZ-BUSTAMANTE (2),<br><br>                    Defendant. | CASE NO. 10CR2530-JAH<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of: 21 USC 952 AND 960;18 USC 2 - IMPORTATION OF METHAMPHETAMINE AND AIDING AND ABETTING

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 13, 2010

WILLIAM MCCURINE, JR
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____